# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)  
Joshua Tarrant-Windt, Associate (Admitted in NY)

352 Rutland Road, #1  
Brooklyn, NY 11225  
Phone: (212) 248-7906  
Fax:   (212) 248-7908

**MEMO ENDORSED**

August 10, 2021

Via ECF  
Honorable Katherine Polk Failla, U.S.D.J.  
Southern District of New York  
40 Foley Square, Room 2103  
New York, NY 10007

Re:   *Dominguez v. City of New York, et al.* SDNY Case No. 21-CV-2302 (KPF)

Dear Judge Failla:

My office represents the plaintiff, Steven Dominguez, in the above-referenced case. I am writing to request a 90-day extension of time to serve defendants John Does 1-6. The current deadline to serve the Complaint is August 13, 2021. The new deadline would be November 11, 2021. This is Plaintiff's second request for an extension of time. Defendants do not take a position on this request.

Additional time is needed to identify the John Doe defendants. The John Does are all police officers employed by the City of New York who participated in unlawful conduct against Plaintiff. Their identity is within the possession, custody, and control of the City of New York. None of the John Doe defendants are identified in Plaintiff's arrest records.

We have conferred with Counsel for the City of New York who has agreed to conduct an investigation into the identity of the John Does. An extension of time will allow the City of New York to undertake this investigation and resolve service without the need for judicial intervention. The served Defendants have not yet filed an Answer to the Complaint and this extension should not cause any delays in this case.

Respectfully,

/s/ Joshua Tarrant-Windt

Joshua Tarrant-Windt

cc:   All Counsel of Record (Via ECF)

Application GRANTED.  The deadline for the parties to submit a joint letter regarding proposed next steps, currently set for August 12, 2021, is ADJOURNED *sine die*, pending completion of service.

Dated:  August 11, 2021        SO ORDERED.
        New York, New York

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE