UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN DOMINGUEZ,

                Plaintiff,

         -v.-

CITY OF NEW YORK *et al.*,

                Defendants.

21 Civ. 2302 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On August 11, 2021, the Court directed Plaintiff to serve Defendants Police Officers John Doe 1-6 on or before November 11, 2021.  (Dkt. #26).  To date, Plaintiff has not filed proof of service as to those Defendants.  Accordingly, Plaintiff is hereby ORDERED to file a letter apprising the Court of the status of service as to Defendants Police Officers John Doe 1-6 on or before **December 13, 2021**.

    SO ORDERED.

Dated:  November 29, 2021
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge