UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN DOMINGUEZ,

Plaintiff,

-v.-

CITY OF NEW YORK, POLICE OFFICER JOSEPH
BATTISTA, POLICE OFFICER DYLAN LYNCH,
PATRICK LYNCH, EVAN NIELSEN, and PATRICK
GRANEY,

Defendants.

21 Civ. 2302 (KPF) (SLC)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court understands that the parties were unable to reach a settlement in their conference before Magistrate Judge Cave. Accordingly, the parties are ORDERED to file a joint letter on or before **January 30, 2023,** proposing next steps in this action.

SO ORDERED.

Dated:   January 9, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge