

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JOHN SCHEMITSCH**
*Senior Counsel*
Phone: (212) 356-2375
Fax: (212) 356-3509
jschemit@law.nyc.gov

April 28, 2023

**VIA ECF**
Honorable Katherine P. Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Steven Dominguez v. City of New York, et al.</u>, 21-CV-2302 (KPF)

Your Honor:

      I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Officer Battista, Officer Lynch, Lt. Patrick Lynch, Det. Patrick Graney, and Det. Evan Nielsen.  Defendants write to update the Court that plaintiff does not object to defendants' request for a one week extension of time to produce three remaining memobooks, from April 28, 2023 until May 5, 2023.

      Thank you for your consideration herein.

      Sincerely,

      /s/
      John Schemitsch
      *Senior Counsel*

cc:    **VIA ECF**
      Brian Bromberg, Esq.
      Evan Brustein, Esq.
      *Attorneys for Plaintiff*