UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN DOMINGUEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　　　　　　Defendants. | 21-CV-2302 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The conference scheduled for November 15, 2023, at 1:30 p.m. ET, will now be held on for **November 15, 2023, at <u>2:00</u> p.m. ET.** The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 568 290 128, followed by the pound (#) sign.

　　SO ORDERED.

Dated: November 9, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge