# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)

352 Rutland Road #1
Brooklyn, NY 11225
Phone: (212) 248-7906
Fax:    (212) 248-7908

Application GRANTED.

Parties' joint status letter is due November 13, 2023.

The Clerk of Court is respectfully directed to terminate ECF 125.

November 9, 2023

SO ORDERED.

<u>Via ECF</u>
Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dale E. Ho
United States District Judge
Dated: November 9, 2023
New York, New York

Re:   <u>Dominguez. v. City of New York, et al.</u>, 21-CV-2302 (DEH)

Dear Judge Ho:

My office, together with Brustein Law PLLC., represents the plaintiff, Steven Dominguez, in the above-referenced civil rights case against New York City and members of the New York Police Department.

The parties jointly request an extension of one business day of today's deadline to submit a case-status letter. The parties had difficulty communicating with each other today and did not have an opportunity to prepare the letter. Because tomorrow is a federal and City holiday, the parties respectfully request an extension until Monday, November 13, 2023, to file the letter.

Respectfully,

<u>/s/ Brian L. Bromberg</u>
Brian L. Bromberg
*Attorney for Plaintiff*

cc:   All counsel of record (via ECF)