

# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)

352 Rutland Road #1
Brooklyn, NY 11225
Phone: (212) 248-7906
Fax:    (212) 248-7908

> The motion to seal is granted *temporarily*. The Court will assess whether to keep the materials at issue permanently sealed or redacted when deciding the underlying motion for partial summary judgment. By **June 21, 2024**, Plaintiff shall file a letter motion under seal setting forth its position as to why the documents should remain permanently under seal. The letter should also state whether Defendants consent to filing under seal.
>
> The Clerk of Court is directed to terminate ECF No. 150.
>
> SO ORDERED.
>
> Dale E. Ho
> United States District Judge
> Dated: June 7, 2024
> New York, New York

**Via ECF**
Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Dominguez. v. City of New York, et al.*, 21-CV-2302 (DEH)

Dear Judge Ho:

My office, together with Brustein Law PLLC., represents the plaintiff, Steven Dominguez, in the above-referenced civil rights case against New York City and members of the New York Police Department.

I am writing to request leave to file the four attached documents under seal. A protective order is in place and Defendants have designated certain documents relating to the employment of one of the defendants as being confidential. Therefore, I have redacted and filed those portions of Plaintiff's Opposition to Defendant NYC's Motion for Partial Summary Judgment that discuss those documents. The four un-redacted documents I am submitting for filing under seal are:

1. Plaintiff's un-redacted Memorandum in Opposition;

2. Plaintiff's un-redacted Response to NYC's Rule 56.1 Statement and Plaintiff's Counter-Statement;

3. <u>Exhibit A</u> to my Declaration in Opposition, consisting of un-redacted Relevant Excerpts of John Mastronardi December 19, 2023 Deposition Transcript; and

4. <u>Exhibit B</u> to my Declaration in Opposition, consisting of un-redacted Relevant Excerpts of John Mastronardi December 19, 2023 Deposition Transcript.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg

cc:     All counsel of record (via ECF)