UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN DOMINGUEZ,

                              Plaintiff,

              v.

CITY OF NEW YORK, et al.,

                              Defendants.

21-CV-2302 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

An order issued June 7, 2024, directed Plaintiff to file a letter setting forth its position as to why the documents, ECF No. 150, should remain permanently under seal by June 21, 2024.  *See* ECF No. 155.  The letter should also state whether Defendants consent to filing under seal.  To date, Plaintiff has not filed such a letter.  It is hereby **ORDERED** that Plaintiff's deadline is **EXTENDED** to __July 26, 2024__.  If no letter is received by that date, the documents shall be unsealed.

SO ORDERED.

Dated: July 1, 2024
         New York, New York

_____
              DALE E. HO
       United States District Judge