UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN DOMINGUEZ,<br><br>                                Plaintiff,<br><br>       v.<br><br>CITY OF NEW YORK, et al.,<br><br>                                Defendants. | 21-CV-2302 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On July 7, 2024, Plaintiff filed leave to file supplemental authority, ECF No. 163. Defendants may file a response, not to exceed a page, in response by **July 12, 2024**.

On July 3, 2023, Defendants asked for an extension to file the pretrial materials. *See* ECF No. 162. Both the final pretrial conference and the trial are **ADJOURNED** *sine die* pending resolution of the partial summary judgment motion. *See* ECF No. 140. The Court will schedule the final pretrial conference and trial within two weeks of the resolution partial summary judgment motion.

The Clerk of Court is respectfully directed to close ECF Nos. 162 and 163.

SO ORDERED.

Dated: July 9, 2024
         New York, New York

                                                                          _____
                                                                                    DALE E. HO
                                                                          United States District Judge