UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN DOMINGUEZ,<br><br>                    Plaintiff,<br><br>      v.<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 21-CV-2302 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On July 10, 2024, the parties called Chambers to seek clarification regarding the Court's July 9, 2024, Order, *see* ECF No. 164. To clarify, the Order adjourned *sine die* the final pretrial conference, trial, *and* the deadline for the pretrial materials.

SO ORDERED.

Dated: July 10, 2024
       New York, New York

                                                      DALE E. HO
                                             United States District Judge