UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN DOMINGUEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF NEW YORK, et al.,<br><br>       Defendants. | 21-CV-2302 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On July 7, 2024, Plaintiff filed leave to file supplemental authority in support of their opposition to the City's motion for summary judgment on Plaintiff's *Monell* claim. *See* ECF No. 163. Defendants filed a letter in opposition on July 12, 2024. *See* ECF No. 166. Under the Court's Rule 4(v) of the Individual Rules and Practices in Civil Cases, "[s]ur-reply memoranda are not allowed (unless specifically permitted in extraordinary situations for good cause." Based on careful review of the parties' letters, the Court determines Plaintiff has not established good cause for leave to file a sur-reply.

  SO ORDERED.

Dated: July 16, 2024
   New York, New York

                      DALE E. HO
                    United States District Judge