UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Steven Dominguez,<br><br>             Plaintiff,<br><br>       v.<br><br>City of New York, et al.,<br><br>             Defendants. | 21-CV-2302 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

    This Order corrects the Court's memorandum endorsement at ECF No. 174, which stated that pretrial materials shall be submitted at least 30 days before trial. Pursuant to the Court's Individual Rule 5, all pretrial materials shall be submitted at least **30 days before the final pretrial conference**, or by **Friday, September 5, 2025**.

SO ORDERED.

Dated: April 10, 2025
      New York, New York

                                                DALE E. HO
                                     United States District Judge