

**GEORGIA M. PESTANA**
*Corporation Counsel*

T HE C ITY OF N EW Y ORK
LAW DEPARTMENT
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**Susan P. Scharfstein**
*Special Federal Litigation Division*
*212-356-2355*
sscharfs@law.nyc.gov

October 7, 2021

*(via email at joshua@bromberglawoffice.com; brian@bromberglawoffice.com)*
Joshua Tarrant-Windt, Esq.
Brian Bromberg, Esq.
Bromberg Law Office, P.C.
352 Rutland Road # 1
Brooklyn, NY  11225

      Re:  <u>Dominguez v. City of New York, et al.</u>, 21 CV 2302 (KPF)

Dear Counsel:

      At your request, I write to provide the names of the members of the NYPD who, on information and belief, were in the vicinity of the location of the incident alleged in this matter at or about the relevant time.  They are as follows:

P.O. Joseph Battista
P.O. Dylan Lynch
D.I. John Mastronardi
Sgt. Patrick Lynch
Sgt. Tara Mannix
P.O. Terrance Durity
P.O. Anthony Waite
P.O. Francesco Iorio
P.O. Michael Lagattolla
Sgt. Kevin Tresham
P.O. Julio Casiano
P.O. Adrian Theobald
Sgt. Matthew Henderson
P.O. Joseph Baker
P.O. Daniel Ingber
P.O. Rolex Roldan
P.O. Mohamed Eldiasty
P.O. Jonathan Ortega
~~P.O. Darrell Scraper~~
~~P.O. Tremaine Gooden~~

- 2 -

Det. Patrick Graney  
Det. Evan Nielsen  
P.O. David Mercado  
Det. Peter Martin  

Thank you for your courtesy and cooperation.

Sincerely,

*/s/ Susan P. Scharfstein*

Susan P. Scharfstein