UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Steven Dominguez,<br><br>                      Plaintiff,<br><br>            v.<br><br>City of New York, et al.,<br><br>                      Defendants. | 21-CV-2302 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

For the reasons stated on the record at the conference today, Defendants' motion to quash the trial subpoenas served on Susan Scharfstein and John Schemitsch, ECF No. 181, is **GRANTED** and Plaintiff's request to file a renewed motion for spoliation sanctions, ECF No. 189, is **DENIED**.

Consistent with Plaintiff's request for a continuance, by **Friday, September 5, 2025**, the parties shall submit a letter indicating their availability for trial in April and May 2026. All pretrial deadlines currently in effect are adjourned sine die. The Clerk of Court is respectfully directed to close ECF No. 181.

SO ORDERED.

Dated: September 3, 2025
       New York, New York

                                                        DALE E. HO
                                            United States District Judge