

**T**HE **C**ITY OF **N**EW **Y**ORK

# LAW DEPARTMENT

**STEVEN BANKS**
Corporation Counsel

100 CHURCH STREET
NEW YORK, N.Y. 10007

**BRIAN FRANCOLLA**
*Senior Corporation Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-3509
bfrancol@law.nyc.gov

March 4, 2026

**BY ECF**
Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>Dominguez v. City of New York, et al.</u>, 21-CV-2302 (DEH)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants in the above-referenced action. In that capacity, I write to respectfully request a brief adjournment of the current deadlines for the parties' pre-trial filings. Plaintiff's counsel consents to this request.

Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, the parties' joint pretrial order, along with any motions *in limine*, joint requests to charge, joint proposed verdict forms and joint proposed *voir dire*, are due to be filed thirty days prior to the scheduled final pretrial conference. Because the final pretrial conference is scheduled for April 7, 2026, the current due date for all pretrial filings is March 9, 2026. Defendants respectfully request, with plaintiff's consent, that the filing deadline be adjourned one week, until March 16, 2026. The reason for this request is that the undersigned is currently on trial in the matter of <u>Williams v. City of New York, et al.</u>, 16-CV-04615 (ENV) (VMS), before the Honorable Eric N. Vitaliano. Trial in <u>Williams</u> had been scheduled to begin on February 23, 2026. That start date, however, was pushed back due to the recent blizzard. Because of that, and unavailability issues for both the Court and counsel thereafter, the trial has lasted longer than originally expected. To that end, the undersigned gave a summation earlier this morning and the jury has just been charged. The requested adjournment, if granted, would enable the undersigned sufficient time to prepare defendants' pretrial materials as well as confer accordingly with plaintiff in all respects for purposes of both resolving any issues that can be resolved before filing and making sure we are prepared to efficiently file all pretrial materials.

The parties are mindful of the presumed rationale behind the Court's thirty-day timeline for filing pretrial materials in advance of the pretrial conference. Thus, should the instant request create any issues for the Court in that regard, the parties would of course be amenable to pushing back the April 7, 2026 pretrial conference as needed.

Thank you for your consideration herein.

Respectfully submitted,

/s/
Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc:    All Counsel (By ECF)

Application **GRANTED**. The Parties shall adhere to the schedule set forth herein.

The Clerk of Court is respectfully directed to close ECF No. 194.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: March 5, 2026 New York, New York

2