**B**ROMBERG **L**AW **O**FFICE, **P.C.**

| | | |
|---|---|---|
| Brian L. Bromberg (Admitted in NY, NJ & CA) | New York Office:<br>99 Main Street<br>Nyack, NY 10960<br>Phone: (212) 248-7906 | New Jersey Office:<br>295 Whiteman Street. #1<br>Fort Lee, NJ 07024<br>Fax: (212) 248-7908 |

March 16, 2026

**Via ECF**
Honorable Dale E. Ho, U.S.D.J.
Southern District of New York
40 Foley Square
New York NY 10007

Re:      *Dominguez v. City of New York, et al.*, 21-CV-2302 (DEH)

Dear Judge Ho:

I am writing on behalf of all parties to the above-referenced case. The parties are requesting permission to deliver the electronic copies of the exhibits to the Chambers tomorrow based upon the late hour that these submissions are being finalized. Plaintiff is also making this request because the documents are too large to send to the Court reliably over the internet; therefore, they must be delivered on a thumb drive and my offices are outside of the City.

Respectfully,

*/s/ Brian L. Bromberg*
Brian L. Bromberg

The Court is in receipt of the endorsed correspondence. By separate email, the Court will instruct counsel how to deliver exhibits electronically through the Court's electronic submission system. The parties are **DIRECTED** to submit electronic versions of their exhibits through the link provided by March 18, 2026.

The Clerk of Court is respectfully directed to close ECF No. 206.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: March 17, 2026
New York, New York