UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Steven Dominguez,<br><br>                 Plaintiff,<br><br>        v.<br><br>City of New York, et al.,<br><br>               Defendants. | 21-CV-2302 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to a scheduling conflict, the Court hereby **ADJOURNS** the final pretrial conference in this case, currently scheduled for Tuesday, April 7, 2026. The final pretrial conference will be held on Thursday, April 9, 2026 at 11:00 a.m. in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: March 25, 2026
      New York, New York

                                       DALE E. HO
                           United States District Judge