UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Steven Dominguez,<br><br>                    Plaintiff,<br><br>          v.<br><br>City of New York, et al.,<br><br>                    Defendants. | 21-CV-2302 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On April 9, 2026, the parties met for a final pretrial conference.  The Court considered the parties' respective Motions in Limine.  ECF Nos. 200, 203.

For the reasons stated in the record, the motions are **GRANTED in part and DENIED in part**.  Defendants' Motion in Limine, ECF No. 200, is **GRANTED** as to the evidence of Detective Mercado's prior disciplinary history and **DENIED** as to all other issues.  Plaintiff's Motion in Limine, ECF No. 203, is **GRANTED** as to (1) testimony about Dr. Zarkadas's record; (2) Plaintiff's prior arrest or criminal record; (3) Plaintiff's prior 2017 lawsuit—except, as appropriately redacted, for impeachment purposes;and (4) Plaintiff's application to examine non-party NYPD witnesses through the use of leading questions.  Plaintiff's motion is **DENIED** as to all other issues.  Plaintiff's letter motion for leave to file supplemental authority, ECF No. 222, is **DENIED as moot**.

By Thursday, April 16, 2026, the parties are **DIRECTED** to submit a joint status letter indicating whether another conference is necessary to resolve any remaining issues.  If necessary, the Court will hold another conference on Friday, April 17, 2026 at 10:30 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse.

The Clerk of Court is respectfully directed to close ECF Nos. 200, 203, and 222.

SO ORDERED.

Dated: April 9, 2026
New York, New York

_____

DALE E. HO
United States District Judge