UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

STEVEN DOMINGUEZ,

                             Plaintiff,                     No. 21-CV-2302 (DEH)
       -against-

CITY OF NEW YORK, JOSEPH BATTISTA,
DYLAN LYNCH, PATRICK LYNCH, EVAN
NIELSEN, AND PATRICK GRANEY,

                             Defendants.
----------------------------------------------------------------x

## THE PARTIES' PROPOSED VERDICT SHEET

Pursuant to Rule 49 of the Federal Rules of Civil Procedure and the Court's Individual

Practices, the parties submit their proposed Verdict Forms in connection with the trial of this

action.

## PLAINTIFF'S PROPOSED VERDICT FORM[1]

### QUESTION 1:

Do you find that Plaintiff Steven Dominguez has established, by a preponderance of the
evidence, that one or more of the defendants used excessive force in violation of his
federal constitutional rights?

| | | |
|---|---|---|
| Dylan Lynch | YES _____ | NO _____ |
| Joseph Battista | YES _____ | NO _____ |
| Patrick Lynch | YES _____ | NO _____ |
| Evan Nielsen | YES _____ | NO _____ |
| Patrick Graney | YES _____ | NO _____ |

---

[1] Defendants object to plaintiff's verdict form to the extent it includes his state law claims, to the
extent it seeks punitive damages, with regard to the manner in which it parses out compensatory
damages and with regard to the use of the word "established" rather than proven. Defendants
further submit their proposal below is simpler and more in accordance with typical verdict sheets
in cases of this type that proceed to trial in federal court.

Regardless of your answer to Question 1, please proceed to Question 2.

**<u>QUESTION 2</u>:**

Do you find that Mr. Dominguez has established, by a preponderance of the evidence, that one or more of the defendants committed a battery in violation of New York law?

Dylan Lynch and the City of New York    YES  _____    NO  _____

Joseph Battista and the City of New York  YES  _____    NO  _____

Patrick Lynch and the City of New York   YES  _____    NO  _____

Evan Nielsen and the City of New York    YES  _____    NO  _____

Patrick Graney and the City of New York  YES  _____    NO  _____

If your answer to Question 1 and/or 2 is "Yes" as to any defendant, you have found a verdict in Mr. Dominguez's favor with respect to one or both of his use-of-force claims, and you should proceed to Question 3.

If the answers to Questions 1 and 2 is "No" as to all defendants, you have found in favor of the defendants on Mr. Dominguez's excessive-force claims. Please proceed to Question 4.

**<u>QUESTION 3</u>:**

What amount of damages has Mr. Dominguez sustained as a result of one or more of the defendants having used unreasonable force during the course of Mr. Dominguez's arrest?

$_____ past and future suffering for emotional distress and psychological injury

$_____ past and future suffering for physical injuries

$_____ past and future lost income

$_____ past and future therapy/medical expenses

Please proceed to Question 4.

**<u>QUESTION 4</u>:**

Did the Plaintiff prove by a preponderance of the evidence that any of the below

Defendants subjected him to false arrest in violation of his federal constitutional rights?

| | | |
|---|---|---|
| Dylan Lynch | YES _____ | NO _____ |
| Joseph Battista | YES _____ | NO _____ |
| Patrick Lynch | YES _____ | NO _____ |

Regardless of your answer to Question 4, please proceed to Question 5.

**QUESTION 5:**

Do you find that Mr. Dominguez has established, by a preponderance of the evidence, that any of the defendants falsely arrested him in violation of New York State law?

| | | |
|---|---|---|
| Dylan Lynch and City of New York | YES _____ | NO _____ |
| Joseph Battista and City of New York | YES _____ | NO _____ |
| Patrick Lynch and City of New York | YES _____ | NO _____ |

If your answers to Questions 4 and/or 5 are "Yes" as to any defendant, you have found a verdict in favor of Mr. Dominguez with respect to one or both of his false-arrest claims, and you should proceed to Question 6.

If your answers to Questions 4 and 5 are "No" as to all defendants, you have found a verdict in favor of the defendants on Mr. Dominguez's false-arrest claims and you should proceed to Question 7.

**QUESTION 6:**

What amount of damages, if any, has Mr. Dominguez sustained as a result of one or more of the defendants having falsely arrested him?

$_____ loss of liberty

$_____ mental suffering, emotional distress and psychological injury damages

$_____ past and future lost income

$_____ past and future therapy/medical expenses

(Authority: *Martinez v. Port Auth.*, 445 F.3d 158, 161 (2d Cir. 2006))

**QUESTION 7:**

Do you find that Mr. Dominguez has established, by a preponderance of the evidence, that any of the defendants subjected him to a malicious prosecution?

| | | |
|---|---|---|
| Dylan Lynch | YES _____ | NO _____ |
| Joseph Battista | YES _____ | NO _____ |
| Patrick Lynch | YES _____ | NO _____ |

If your answer to Question 7 is "Yes" as to any defendant, you have found a verdict in favor of Mr. Dominguez with respect to his malicious-prosecution claim, and you should proceed to Question 8.

If your answers to Question 7 is "No" as to all defendants, you have found a verdict in favor of the defendants on Mr. Dominguez's malicious-prosecution claim and you should proceed to Question 9.

**QUESTION 8:**

What amount of damages, if any, has Mr. Dominguez sustained as a result of one or more of the defendants having subjected him to a malicious prosecution?

$_____ loss of liberty
$_____ mental suffering, emotional distress and psychological injury damages
$_____ past and future lost income
$_____ past and future therapy/medical expenses

Please proceed to Question 9.

**QUESTION 9:**

Do you find that Mr. Dominguez has established, by a preponderance of the evidence, that any of the defendants denied him of a right to a fair trial?

| | | |
|---|---|---|
| Dylan Lynch | YES _____ | NO _____ |
| Joseph Battista | YES _____ | NO _____ |
| Patrick Lynch | YES _____ | NO _____ |

If your answer to Question 9 is "Yes" as to any defendant, you have found a verdict in favor of Mr. Dominguez with respect to his denial of a right-to-a-fair-trial claim, and you should proceed to Question 10.

If your answers to Question 9 is "No" as to all defendants, you have found a verdict in favor of the defendants on Mr. Dominguez's denial-of-a-fair-trial claim.

## **QUESTION 10:**

What amount of damages, if any, has Mr. Dominguez sustained as a result of one or more of the defendants having subjected him to a denial-of-a-fair trial?

$_____ loss of liberty

$_____ mental suffering, emotional distress and psychological injury damages

$_____ past and future lost income

$_____ past and future therapy/medical expenses

If you answered "Yes" to Question 1, 4, 7 and/or 9, please proceed to Question 11. If you have answered "No" to Questions 1, 2, 4, 5, 7 and 9, then you have found a verdict in the defendants' favor on all of Mr. Dominguez's claims, and you should proceed to the end of the Verdict Form and have the foreperson sign it.

## **QUESTION 11:**

Do you find that Mr. Dominguez has established, by a preponderance of the evidence, that any of the defendants failed to intervene on January 1, 2020, to prevent the violation of his federal constitutional rights?

| | | | |
|---|---|---|---|
| Dylan Lynch | YES _____ | NO _____ |
| Joseph Battista | YES _____ | NO _____ |
| Patrick Lynch | YES _____ | NO _____ |
| Evan Nielsen | YES _____ | NO _____ |
| Patrick Graney | YES _____ | NO _____ |

If your answer to Question 11 is "Yes" as to any defendant, you have found a verdict in favor of Mr. Dominguez with respect to his failure-to-intervene claim, and you should proceed to Question 12.

If your answers to Question 11 is "No" as to all defendants, you have found a verdict in favor of the defendants on Mr. Dominguez's failure-to-intervene claim and you should proceed to Question 13.

If you answered "Yes" to Question 1, 4, 7, 9 and/or 11, please proceed to Question 13.  If you have answered "No" to Questions 1, 4, 7, 9 and 11, then you have found a verdict in the defendants' favor on all of Mr. Dominguez's claims, and you should proceed to the end of the Verdict Form and have the foreperson sign it.

**QUESTION 12:**

What amount of damages has Mr. Dominguez sustained as a result of one or more of the defendants having failed to intervene to prevent the violation of his federal constitutional rights?

$_____ past and future suffering for emotional distress and psychological injury

$_____ past and future suffering for physical injuries

$_____ past and future lost income

$_____ past and future therapy/medical expenses

Please proceed to Question 13.

**QUESTION 13:**

In addition to any compensatory damages you have awarded Mr. Dominguez, which compensate him for damages he actually suffered and will suffer, do you find that one or more of the defendants should pay punitive damages to Mr. Dominguez?  If so, please state the amount.

| | |
|---|---|
| Dylan Lynch | $_____ |
| Joseph Battista | $_____ |
| Patrick Lynch | $_____ |
| Evan Nielsen | $_____ |
| Patrick Graney | $_____ |

Your deliberations are complete, and you have reached a verdict. The foreperson should sign the last page of the verdict sheet, place the sheet in a sealed envelope marked "Verdict," and hand it to the marshal.

_____

Signature of Foreperson

_____

Date

DEFENDANTS' PROPOSED VERDICT FORM[2]

_____

[2] Plaintiff objects to Defendants' proposed verdict sheet and submits that Plaintiff's version is less confusing and less prejudicial and should be used. Below are some of the issues with Defendants' version: (1) the answers "Yes" and "No" have been reversed to "No" and "Yes", which is not the way a person would normally phrase a question with those two options, providing the false impression that "No" is the correct answer; (2) as explained in Plaintiff's objections on the proposed jury charge, there is no basis for the jury to find nominal damages; (3) conversely, a jury could award punitive damages if it finds in favor of Plaintiff and should be instructed on its ability to award punitive damages; (4) the City of New York is a Defendant and must be listed on the verdict sheet; (5) as explained in Plaintiff's objections on the proposed jury charge, the jury should be instructed on the state law claims; (6) Defendants' version also asks about nominal damages before compensatory damages, which is an inappropriate and misleading reversal, implying that nominal damages are the damages that the jury should find as opposed to considering if there are compensatory damages; and (7) there is no breakdown of damages,

**False Arrest**

Question 1:

Has plaintiff proven by a preponderance of the credible evidence that he was falsely arrested by any of the defendants?

Dylan Lynch      NO _____      YES _____

Joseph Battista      NO _____      YES _____

Patrick Lynch      NO _____      YES _____

**If you answered "No" please proceed to Question 3.**

**If you answered "Yes" please proceed to Question 2(a).**

Question 2(a):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being falsely arrested?

NO _____      YES _____

**If you answered "No" please proceed to Question 2(b).**

**If you answered "Yes" please proceed to Question 2(c).**

Question 2(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his false arrest claim?

$_____

**Proceed to Question 3.**

Question 2(c):

State the total dollar amount of any actual compensatory damages that plaintiff is entitled to on his false arrest claim:

$_____

**Proceed to Question 3.**

---

which can unnecessarily confuse the jury.

**Excessive Force**

Question 3:

Has plaintiff proven by a preponderance of the credible evidence that he was subjected to excessive force by any of the defendants?

Dylan Lynch          NO _____     YES _____

Joseph Battista      NO _____     YES _____

Patrick Lynch        NO _____     YES _____

Evan Nielsen         NO _____     YES _____

Patrick Graney       NO _____     YES _____

**If you answered "No" as to all defendants, please proceed to Question 5.**

**If you answered "Yes" as to any defendant please proceed to Question 4(a).**

Question 4(a):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being subjected to excessive force?

NO _____      YES _____

**If you answered "No" please proceed to Question 4(b).**

**If you answered "Yes" please proceed to Question 4(c).**

Question 4(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his excessive force claim?

$_____

**Proceed to Question 5.**

Question 4(c):

State the total dollar amount of any actual compensatory damages that plaintiff is entitled to on his excessive force claim:

$_____

**Proceed to Question 5.**

## Malicious Prosecution

Question 5:

Has plaintiff proven by a preponderance of the credible evidence that he was maliciously prosecuted by any of the defendants?

Dylan Lynch          NO _____          YES _____

Joseph Battista          NO _____          YES _____

Patrick Lynch          NO _____          YES _____

**If you answered "No" please proceed to Question 7.**

**If you answered "Yes" please proceed to Question 6(a).**

Question 6(a):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being maliciously prosecuted?

NO _____          YES _____

**If you answered "No" please proceed to Question 6(b).**

**If you answered "Yes" please proceed to Question 6(c).**

Question 6(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his malicious prosecution claim?

$_____

**Proceed to Question 7.**

Question 6(c):

State the total dollar amount of any actual compensatory damages that plaintiff is entitled to on his malicious prosecution claim:

$_____

**Denial of a Right to a Fair Trial**

Question 7:

Has plaintiff proven by a preponderance of the credible evidence that he was denied the right to a fair trial by any of the defendants?

Dylan Lynch            NO _____     YES _____

Joseph Battista        NO _____     YES _____

Patrick Lynch          NO _____     YES _____

**If you answered "No" to this question, and questions 1, 3, and 5, your deliberations are <u>finished</u>.**

**If you answered "No" to this question, but yes to question 1, 3, and/or 5, proceed to question 9.**

**If you answered "Yes" to question 7 please proceed to Question 8(a).**

Question 8(a):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being denied the right to a fair trial?

NO _____     YES _____

**If you answered "No" please proceed to Question 8(b).**

**If you answered "Yes" please proceed to Question 8(c).**

Question 8(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his denial of a right to a fair trial claim?

$_____

**Proceed to Question 9.**

Question 8(c):

State the total dollar amount of any actual compensatory damages that plaintiff is entitled to on his denial of a right to a fair trial claim:

$_____

**Proceed to Question 9.**

**Failure to Intervene[3]**

Question 9:

Has plaintiff proven by a preponderance of the credible evidence that he any of the defendants failed to intervene to prevent a constitutional violation?

| | | |
|---|---|---|
| Dylan Lynch | NO _____ | YES _____ |
| Joseph Battista | NO _____ | YES _____ |
| Patrick Lynch | NO _____ | YES _____ |
| Evan Nielsen | NO _____ | YES _____ |
| Patrick Graney | NO _____ | YES _____ |

**If you answered "No" to this question, your deliberations are <u>finished</u>.**

**If you answered "Yes" proceed to Question 10(a).**

Question 10(a):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of any defendant's failure to intervene?

NO _____     YES _____

**If you answered "No" please proceed to Question 10(b).**

**If you answered "Yes" please proceed to Question 10(c).**

Question 8(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his failure to intervene claim?

$_____

---

[3] Depending on the evidence at trial defendants believe this may need to be particularized as to specific defendants and/or claims as the evidence is unlikely to support a failure to intervene claim against each defendant as to each alleged constitutional violation.

**Your deliberations are <u>finished</u>.**

<u>Question 10(c)</u>:

State the total dollar amount of any actual compensatory damages that plaintiff is entitled to on his failure to intervene claim:

$_____

**Your deliberations are <u>finished</u>.**

Dated:       New York, New York
             April 10, 2026

STEVEN BANKS
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 356-3527


By:              /s/

_____

Brian Francolla
Senior Counsel



BRUSTEIN LAW PLLC

By: *<u>/s/ Evan Brustein</u>*

Evan Brustein
Attorneys for Plaintiff
299 Broadway, Suite 800
New York, NY 10007
(212) 233-3900