UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Steven Dominguez,<br><br>                              Plaintiff,<br><br>                    v.<br><br>City of New York, et al.,<br><br>                              Defendants. | 21-CV-2302 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

In accordance with the jury's verdict entered on April 30, 2026, the Clerk of Court is respectfully directed to enter judgment on the claims in the Plaintiff's Second Amended Complaint, *see* ECF No. 56, as follows and then close the case:

- In favor of Plaintiff's first claim of excessive force and seventh claim of state law assault and battery against Defendants Dylan Lynch, Joseph Battista, and the City of New York with compensatory damages totaling $8,000,000; and punitive damages of $300,000 against Defendant Dylan Lynch and $300,000 against Defendant Joseph Battista;

- In favor of Plaintiff's second claim of false arrest against Defendants Dylan Lynch, Joseph Battista, and Patrick Lynch, with compensatory damages totaling $450,000; and punitive damages of $150,000 against Defendant Dylan Lynch, $150,000 against Defendant Joseph Battista, and $150,000 against Defendant Patrick Lynch;

- In favor of Plaintiff's third and fourth claim of malicious prosecution under federal and state law against Defendants Dylan Lynch, Joseph Battista, Patrick Lynch, and the City of New York with compensatory damages totaling $1,500,000; and punitive damages of $250,000 against Defendant Dylan Lynch, $250,000 against Defendant Joseph Battista, and $250,000 against Defendant Patrick Lynch;

- In favor of Plaintiff's fifth claim of denial of the right to a fair trial against Defendants Dylan Lynch, Joseph Battista, and Patrick Lynch, with compensatory damages totaling $100,000; and punitive damages of $100,000 against Defendant Dylan Lynch, $100,000 against Defendant Joseph Battista, and $100,000 against Defendant Patrick Lynch;

- In favor of Plaintiff's sixth claim of failure to intervene against Defendants Dylan Lynch, Joseph Battista, and Patrick Lynch with compensatory damages totaling $1,500,000; and punitive damages of $200,000 against Defendant Dylan Lynch, $200,000 against Defendant Joseph Battista, and $200,000 against Defendant Patrick Lynch.

SO ORDERED.

Dated: May 5, 2026
     New York, New York

                                 DALE E. HO
                        United States District Judge