**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 Steven Dominguez,

                                    Plaintiff,

            -against-                                          21 **CIVIL** 2302 (DEH)

                                                              **JUDGMENT**

City of New York, et al.,

                                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 5, 2026, judgment is entered as follows: In favor of

Plaintiff's first claim of excessive force and seventh claim of state law assault and battery against

Defendants Dylan Lynch, Joseph Battista, and the City of New York with compensatory

damages totaling $8,000,000; and punitive damages of $300,000 against Defendant Dylan Lynch

and $300,000 against Defendant Joseph Battista; In favor of Plaintiff's second claim of false

arrest against Defendants Dylan Lynch, Joseph Battista, and Patrick Lynch, with compensatory

damages totaling $450,000; and punitive damages of $150,000 against Defendant Dylan Lynch,

$150,000 against Defendant Joseph Battista, and $150,000 against Defendant Patrick Lynch;

In favor of Plaintiff's third and fourth claim of malicious prosecution under federal and state law

against Defendants Dylan Lynch, Joseph Battista, Patrick Lynch, and the City of New York with

compensatory damages totaling $1,500,000; and punitive damages of $250,000 against

Defendant Dylan Lynch, $250,000 against Defendant Joseph Battista, and $250,000 against

Defendant Patrick Lynch; In favor of Plaintiff's fifth claim of denial of the right to a fair trial

against Defendants Dylan Lynch, Joseph Battista, and Patrick Lynch, with compensatory

damages totaling $100,000; and punitive damages of $100,000 against Defendant Dylan Lynch,

$100,000 against Defendant Joseph Battista, and $100,000 against Defendant Patrick Lynch; In favor of Plaintiff's sixth claim of failure to intervene against Defendants Dylan Lynch, Joseph Battista, and Patrick Lynch with compensatory damages totaling $1,500,000; and punitive damages of $200,000 against Defendant Dylan Lynch, $200,000 against Defendant Joseph Battista, and $200,000 against Defendant Patrick Lynch; accordingly, the case is closed.

**Dated:** New York, New York

May 12, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**          K. mango

_____
**Deputy Clerk**