UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Steven Dominguez, | |
| Plaintiff, | 21-CV-2302 (DEH) |
| v. | |
| City of New York, et al., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' joint letter, ECF No. 248. The parties have requested an extension of the briefing schedule for Defendants' post-trial motions. That request is **GRANTED**. The parties shall adhere to the schedule set forth in their letter. ECF No. 248 at 1. The parties also request leave to file memoranda of law up to 30 pages. That request is **GRANTED**. Defendants shall file a memorandum of law in support of their post-trial motions not to exceed thirty (30) pages. Plaintiff shall adhere to the same page limitation in his opposition. Plaintiffs also made a consent request for extension, *sine die*, of his contemplated motion for attorneys' fees pending decision on Defendants' post-trial motions. That request is **GRANTED**.

SO ORDERED.

Dated: May 13, 2026
New York, New York

_____
DALE E. HO
United States District Judge